October 10, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TERIA LYNN, Appellant

NO. 14-13-00665-CV                              V.

CHARLA PATE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Teria Lynn.

We further order this decision certified below for observance.